IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Stefany Lynn Borja,<br><br>　　　　　Defendant. | No. CR-22-02031-002-TUC-RM (JR)<br><br>**ORDER** |

On January 23, 2023, this Court sentenced Defendant Stefany Lynn Borja to a four-year term of probation for conspiracy to transport illegal aliens for profit. (Doc. 77.) A Petition to Revoke Probation was filed on January 27, 2023. (Doc. 80.) Magistrate Judge Jacqueline M. Rateau held an evidentiary hearing on March 23, 2023, and thereafter issued a Report and Recommendation (Doc. 97), recommending that this Court find that Defendant Borja violated mandatory condition # 1 of her conditions of probation, which prohibited her from committing another federal, state, or local crime. Defendant Borja did not file an objection to the Report and Recommendation, and the deadline for doing so has expired.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a

party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Rateau's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Rateau's recommendation with respect to Defendant Borja, and Defendant Borja has waived her right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 97) is **accepted and adopted in full** as to Defendant Stefany Lyn Borja. The Court finds that Defendant Stefany Lyn Borja violated mandatory condition # 1 of her probation, as alleged in the Petition to Revoke Probation (Doc. 80).

**IT IS FURTHER ORDERED** that a Final Disposition Hearing is set for **Thursday, June 22, 2023, at 9:30 A.M.**, before the Honorable Rosemary Márquez.

Dated this 15th day of May, 2023.

_____
Honorable Rosemary Márquez
United States District Judge